## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA, | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | |
| MICHAEL CHOI, | : | **NO. 10-cr-657** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this _____ day of May, 2011, upon consideration of Defendant's Motion for Reconsideration (Doc. 103) and the Government's Response in Opposition thereto (Doc. 104), it is hereby Ordered that the Motion is **DENIED**.

**WHEREFORE, IT IS FURTHER ORDERED** that

1. Defendant Choi shall be committed to the custody of the Attorney General for confinement in a correctional facility;

2. Defendant Choi shall be afforded reasonable opportunity for private consultation with counsel; and

3. Upon an Order of the Court of the United States or at the request of the attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the Defendant to the United States Marshal for the purpose of appearance in connection with a Court proceeding.

**BY THE COURT:**

**/S/ Petrese B. Tucker**

**Hon. Petrese B. Tucker, U.S.D.J**