

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

vs.                              :     CRIMINAL NO. 10-657-1

MICHAEL CHOI                     :

                                 :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 26th day of August, 2011, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: count 7.
      **Note: The defendant was found guilty on all remaining counts of the indictment.**

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

PETRESE B. TUCKER,    J.

cc:   U.S. Marshal
      Probation Office
      Counsel

9-6-11     M.O.
Date       By Whom

Cr 1 (4/2006)

*FILED SEP 06 2011 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk*